UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>99-804-CR-ALTONAGA (s)(s)</u>
21 U.S.C. §963
21 U.S.C. §846
18 U.S.C. §1956
21 U.S.C. §853

UNITED STATES OF AMERICA

vs.

DIEGO MONTOYA SANCHEZ,
a/k/a "Don Diego,"
JUAN CARLOS MONTOYA SANCHEZ, and
EUGENIO MONTOYA SANCHEZ,
a/k/a "Hector Fabio Carvajal,"

        **Defendants.**



_____/

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about 1985, the exact date being unknown to the Grand Jury, and continuing thereafter until the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

DIEGO MONTOYA SANCHEZ,
a/k/a "Don Diego,"
JUAN CARLOS MONTOYA SANCHEZ, and
EUGENIO MONTOYA SANCHEZ,
a/k/a "Hector Fabio Carvajal,"



did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to import into the United States from a place outside thereof, a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963 and 960(b)(1)(B).

## COUNT 2

Beginning in or about 1985, the exact date being unknown to the Grand Jury, and continuing thereafter until the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DIEGO MONTOYA SANCHEZ,**
**a/k/a "Don Diego,"**
**JUAN CARLOS MONTOYA SANCHEZ, and**
**EUGENIO MONTOYA SANCHEZ,**
**a/k/a "Hector Fabio Carvajal,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a Schedule II controlled substance, that is, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

## COUNT 3

Beginning in or about 1985, the exact date being unknown to the Grand Jury, and continuing thereafter until the date of the return of this Indictment, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DIEGO MONTOYA SANCHEZ,**
**a/k/a "Don Diego,"**
**JUAN CARLOS MONTOYA SANCHEZ, and**
**EUGENIO MONTOYA SANCHEZ,**
**a/k/a "Hector Fabio Carvajal,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to knowingly conduct financial transactions, affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, the buying, selling and otherwise dealing in controlled substances punishable under the laws of the United States; knowing that the transactions were designed in whole and in part to disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity; and that while conducting financial transactions, knew that the property involved in the financial transactions, that is, monetary instruments and real property, represented the proceeds of some form of unlawful activity; in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i); all in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 4-8

On or about the dates listed below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**DIEGO MONTOYA SANCHEZ,**
a/k/a "Don Diego,"
**JUAN CARLOS MONTOYA SANCHEZ, and**
**EUGENIO MONTOYA SANCHEZ,**
a/k/a "Hector Fabio Carvajal,"

did knowingly aid and abet the conducting of financial transactions as enumerated as to each count below, affecting interstate and foreign commerce, that involved the proceeds of specified unlawful activity, that is, the buying, selling, and otherwise dealing in controlled substances punishable under the laws of the United States, knowing that the financial transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, and that while conducting the financial transactions, knew that the property involved in each financial transaction represented the proceeds of some form of unlawful activity:

| COUNT | DATE | DESCRIPTION OF FINANCIAL TRANSACTION |
|---|---|---|
| 4 | 7/27/99 | Purchase of condominium located at 7000 Island Boulevard, Unit 2901, Aventura, Florida for $674,000 |
| 5 | 9/9/99 | Purchase of 1999 Lincoln Navigator, serial number 5LMRU27A5XLJ41802 |
| 6 | 1/19/00 | Purchase of condominium unit located at 16445 Collins Avenue, Unit WS-5B, Miami, Florida for $650,000 |
| 7 | 10/4/01 | Purchase of 2001 BMW M3, serial number WBSBL934X1JR11590 |
| 8 | 10/22/01 | Purchase of 2001 80' Ferretti yacht, serial number XFA80F471001 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 2.

4

## FORFEITURE ALLEGATION
## PURSUANT TO 21 U.S.C. §853

The allegations contained in Counts 1 through 3 of this Indictment are re-alleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeitures to the United States of America of certain property in which one or more of the defendants has an interest, pursuant to the provisions of Title 21, United States Code, Section 853.

Upon conviction of any of the violations alleged in Counts 1 through 3 of this Superseding Indictment, the defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of said violations, and any property used, or intended to be used, in any manner or part, to commit or facilitate the commission of such violations, including but not limited to the property described below, all in accordance with 21 U.S.C. § 853(a)(1) and (a)(2).

Such forfeitures shall include, but are not limited to, approximately one (1) billion dollars ($1,000,000,000) in United States currency, in that such sum in aggregate was received in exchange for and used to facilitate the distribution of controlled substances or is traceable thereto.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(A) cannot be located upon the exercise of due diligence;

(B) has been transferred or sold to, or deposited with, a third party;

(C) has been placed beyond the jurisdiction of the Court;

(D) has been substantially diminished in value; or

(E) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

*[signature]*
C. MORGAN KIM
ASSISTANT UNITED STATES ATTORNEY

*[signature]*
LAURENCE M. BARDFELD
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO.   99-804-Cr-ALTONAGA(s)(s)

vs.                               **CERTIFICATE OF TRIAL ATTORNEY***

**DIEGO MONTOYA SANCHEZ,**
et. al.
             Defendants.       /  Superseding Case Information:

**Court Division:** (Select One)      New Defendant(s)         Yes  X   No ___
                                      Number of New Defendants    2
 X  Miami   ___ Key West              Total number of counts      8
 ___ FTL    ___ WPB  ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)        YES
   List language and/or dialect     SPANISH

4. This case will take  30  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   I    0 to 5 days     ___             Petty    ___
   II   6 to 10 days    ___             Minor    ___
   III  11 to 20 days   ___             Misdem.  ___
   IV   21 to 60 days    X              Felony    X
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No)   YES
   If yes:
   Judge: MIDDLEBROOKS/ALTONAGA    Case No.   99-804/99-804(s)
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?  (Yes or No)   NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   X  Yes ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  X  Yes ___ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami?   X  Yes ___ No

                                           _____
                                           G. MORGAN KIM
                                           ASSISTANT UNITED STATES ATTORNEY
                                           COURT ID No. A5500544

*Penalty Sheet(s) attached                                       REV 7/11/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: DIEGO MONTOYA SANCHEZ, a/k/a "Don Diego"

Case No: 99-804-Cr-ALTONAGA(s)(s)

Count #: 1
CONSPIRACY TO IMPORT COCAINE.
21 U.S.C. § 963
*Max. Penalty:    LIFE IMPRISONMENT

Count #: 2
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE.
21 U.S.C. § 846

*Max. Penalty:    LIFE IMPRISONMENT

Count #: 3
CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS.
18 U.S.C. § 1956(h)

*Max. Penalty:    20 YEARS

Count #: 4
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

Count #: 5
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

Count #: 6
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

Count #: 7
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

Count #: 8
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS
*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

**Defendant's Name:** JUAN CARLOS MONTOYA SANCHEZ

**Case No:** 99-804-Cr-ALTONAGA(s)(s)

**Count #: 1**
CONSPIRACY TO IMPORT COCAINE.
21 U.S.C. § 963
*Max. Penalty:    LIFE IMPRISONMENT

**Count #: 2**
CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE.
21 U.S.C. § 846

*Max. Penalty:    LIFE IMPRISONMENT

**Count #: 3**
CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS.
18 U.S.C. § 1956(h)

*Max. Penalty:    20 YEARS

**Count #: 4**
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

**Count #: 5**
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

**Count #: 6**
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

**Count #: 7**
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

**Count #: 8**
MONEY LAUNDERING.
18 U.S.C. § 1956(a)
*Max. Penalty:    20 YEARS

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name: **EUGENIO MONTOYA SANCHEZ**, a/k/a "**Hector Fabio Carvajal**"

Case No: **99-804-Cr-ALTONAGA(s)(s)**

Count #: 1
**CONSPIRACY TO IMPORT COCAINE.**
     **21 U.S.C. § 963**
*Max. Penalty:     **LIFE IMPRISONMENT**

Count #: 2
**CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE COCAINE.**
     **21 U.S.C. § 846**

*Max. Penalty:     **LIFE IMPRISONMENT**

Count #: 3
**CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS.**
     **18 U.S.C. § 1956(h)**

*Max. Penalty:     **20 YEARS**

Count #: 4
**MONEY LAUNDERING.**
     **18 U.S.C. § 1956(a)**
*Max. Penalty:     **20 YEARS**

Count #: 5
**MONEY LAUNDERING.**
     **18 U.S.C. § 1956(a)**
*Max. Penalty:     **20 YEARS**

Count #: 6
**MONEY LAUNDERING.**
     **18 U.S.C. § 1956(a)**
*Max. Penalty:     **20 YEARS**

Count #: 7
**MONEY LAUNDERING.**
     **18 U.S.C. § 1956(a)**
*Max. Penalty:     **20 YEARS**

Count #: 8
**MONEY LAUNDERING.**
     **18 U.S.C. § 1956(a)**
*Max. Penalty:     **20 YEARS**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV 12/12/96

Grand Jury Indictment No. 03-03-MCM-

No. 99-804-Cr-ALTONAGA(s)(s)

# UNITED STATES DISTRICT COURT

...... SOUTHERN ...... District of ...... FLORIDA

...... CRIMINAL ...... Division

## THE UNITED STATES OF AMERICA

vs.

DIEGO MONTOYA SANCHEZ, et al.

Defendants.

## INDICTMENT

21 U.S.C. § 963
21 U.S.C. § 846
18 U.S.C. § 1956
21 U.S.C. § 853

A true bill.

_____
Foreperson

FGJ 02-03(MIA)

Filed in open court this _____ day
of _____ A.D. 2003

_____
Clerk

Bail. $ _____

FORM DBD-34
JUN 85

```
                                          [vdkttext]

                              Case Selection
Dkt type: cr    Case Number: 99 804        Division: 1    Miami
Title :  USA                         .V.  Lopez-Blanco




Filed       Entry Date   Last Update     History ID      Docketed by
9/25/03      10/1/03      **/**/**        5939523            wc
  +
        SEALED DOCUMENT



        +viewing docket text-----------
Transaction: kseal doc  /  /

Command mode (? for commands)
```

Attached to D.E. # 122